BRICK COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of JOHN GERBIES, Respondent, against HUDSON RIVER WOOLEN MILLS and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ADA CRANE, Respondent, against FEDERAL FOOD STORES, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of JOHN K. YOUNGS, Respondent, against STAR SAND AND GRAVEL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of IRENE GORDON, Respondent, against WILLIAM HYMAN and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of RALPH CHUBB, Respondent, against McNULTY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board, on the authority of *Matter of De Caprio* v. *General Electric Co.* (244 N. Y. 500). Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of ISIDORE GOLDBORTEN, Respondent, against L. WILSON & CO., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of, the Claim of JOE CLAYTON, Respondent, against WALKER-HAYES and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that an improper basis and method have been employed in fixing claimant's wage rate; it should be determined under subdivisions 2 and 4 of section 14 of the Workmen's Compensation Law. (*Mackin* v. *Press Publishing Co.*, 209 App. Div. 252.) Van Kirk, Acting P. J., Hinman, McCann Davis and Whitmyer, JJ., concur.

In the Matter of the Claim of ANGELA TODDRA, Appellant, against READ-CODDINGTON ENGINEERING COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed, without costs, on the authority of *Chefety* v. *Hearn & Son, Inc.* (212 App. Div. 844) and *Simon* v. *American Express Co.* (217 id. 802; affd., 244 N. Y. 560). Present — Van Kirk, Acting P. J., Hinman, McCann, Davis and Whitmyer, JJ.

In the Matter of the Claim of MABEL MOREA, Respondent, against THE BALTIMORE & OHIO STORES, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. The failure to give notice of death is not properly excused,